UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ISAIAS CAMACHO SALAZAR, | Case No. SACV 11-1895-PSG (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN R. TIMBLE, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:  __June 21, 2012_____

_____
Philip S. Gutierrez
United States District Judge